**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7218**

---

ROBERT E. BUTLER,

                                        Petitioner - Appellant,

        versus

S. K. YOUNG, Warden,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, District Judge.  (CA-02-56)

---

Submitted:  October 24, 2002          Decided:  November 7, 2002

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert E. Butler, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Edward Butler appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken to this court from a final order denying relief under this section unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petition can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir. 2001) (quoting Slack v. McDaniel, 529 U.S. 473 (2000)). We have reviewed the record and conclude for the reasons stated by the district court that Butler has not made the requisite showing. Butler v. Young, No. CA-02-56 (E.D. Va. July 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Butler's motions for a temporary restraining order and preliminary injunction, and to strike Appellee's response to these motions. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED